# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY W. HAMILTON,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-00007-KD-N** |
| | ) | |
| **COLDWELL BANKER MORTGAGE,** | ) | |
| *et al.*, | ) | |
|     **Defendants.** | ) | |

## JUDGMENT

Pursuant to the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action is hereby **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the **18th** day of **May 2011.**

                                               /s/ Kristi K. DuBose
                                               **KRISTI K. DUBOSE**
                                               **UNITED STATES DISTRICT JUDGE**